PAMELA DEGNAN, P. O. Box 871, Guttenberg, IA 52052   Cell: 319.538.2244

September 1, 2010

fax to **Honorable Robert P. Patterson, Jr., U.S.D.J.**

212.805.7917

**MEMO ENDORSED**

re:
<u>Degnan v Cravath, et al</u>
09 CIV. ~~5255~~ (RPP)
   5155



RECEIVED
SEP 01 2010
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Honorable Patterson Sir::

    I have accepted Defendant's offer in this matter and attach a copy of our email correspondence.

    I assume it will take some time to get the releases agreed upon and signed but both sides are willing to end the dispute now and I do not believe my Reply is necessary to Defendant's Motion for Summary Judgment with this agreement acknowledged by both parties through email. If I am wrong about my Reply not being required, please consider this a request for more time to Reply as well as informing you of our agreement.

Sincerely,

*/s/ Pamela Degnan*

Plaintiff Pro Se

cc: Stuart Gold by email

*Application granted. This case is dismissed with prejudice subject to reinstatement on or before September 21, 2010 if a party shows good cause for reinstatement on or before that date.*

*So ordered*

*/s/ Robert P. Patterson*
USDJ
9/1/10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/10

*SEE ATTACHED TYPEWRITTEN
MEMO ENDORSEMENT*

To: SGold@cravath.com and mwall-wolff@cravath.com
Date: Wed, 1 Sept 2010
Subject: Re: offer—For Settlement Purposes Only Subject to Rule 408 FRE

RE: 09 CIV 5155 (RPP)

1) I accept your offer, reserving my right to make conditions, since:
   I do not know what the releases will state;
   I am not willing to signature that you are not guilty of the accusations in my Complaint;
   I am unaware of any claims you have against me;
   Once our releases are signed, I do not know when and in what form I will receive the $5000.

2) Since you are the Defendant Pro Se, it is my understanding that this is an agreement between you and me, not between your client and myself.

Attached find a FAX being sent to Honorable Patterson this morning.

---

To: pamdegnan@hotmail.com
CC: mwall-wolff@cravath.com
Subject: Re: offer--For Settlement Purposes Only- Subject to Rule 408 FRE
From: SGold@cravath.com
Date: Fri, 13 Aug 2010 15:01:46 -0400

While my client believes that it has done nothing wrong or otherwise actionable, in order to resolve this matter Defendant offers you $5000. If you agree to accept this offer we would exchange mutual releases of all existing claims.

Have a good weekend.

**pamela degnan**
<pamdegnan@hotmail.com> 08/13/2010
01:45 PM

To <mwall-wolff@cravath.com>, <sgold@cravath.com>
cc
Subject offer

Mr. Gold:

Please send the offer you made me today in writing. via reply email.

Pamela Degnan

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not

Case:     Degnan v. Cravath, et al.
Index No.  09 Civ. 5155 (RPP)

**MEMO ENDORSEMENT READS:**

**Application granted.**

**This case is dismissed with prejudice subject to reinstatement on or before September 21, 2010 if a party shows good cause for reinstatement on or before that date.**

**So Ordered.**

*Robert P. Patterson, Jr., U.S.D.J., 9/1/10*